**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Llewellen Fernando SMITH,
Defendant–Appellant.**

**No. 02–6893.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Llewellen Fernando Smith, Appellant Pro Se. David John Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

---

PER CURIAM.

Llewellen Fernando Smith seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2002). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Smith's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smith*, No. CR–96–66 (E.D. Va. filed Aug. 7, 2000 & entered Aug. 8, 2000; May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*